484

STATE OF NEW JERSEY, PLAINTIFF-RESPONDENT,
v. MOSES PIPKIN, DEFENDANT-PETITIONER.

*Mr. Peter Murray* and *Miss Cynthia M. Jacob* for the petitioner.

*Mr. John G. Thevos* and *Mr. Archibald Kreiger* for the respondent.

September 17, 1968. Denied.

STATE OF NEW JERSEY, PLAINTIFF-RESPONDENT,
v. THOMAS GRAY, DEFENDANT-PETITIONER.

*Mr. Peter Murray* and *Mr. Kenneth S. Javerbaum* for the petitioner.

*Mr. John G. Thevos* and *Mr. Archibald Kreiger* for the respondent.

September 17, 1968. Denied.

EASTERN LAND CO., ET AL., PLAINTIFFS-PETITIONERS,
v. GEORGE CATO, DEFENDANT-RESPONDENT.

*Messrs. Vieser, Hoey & San Filippo* for the petitioners.

*Mr. Arthur J. Sills* and *Mr. Stephen Skillman* for the respondent.

September 17, 1968. Denied.